EXHIBIT A

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| KYM<br>Nov 30/2017<br>59752<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>draft complaint | Emp | 1.50 | 0.00 | 0.00 |
| KYM<br>Dec 1/2017<br>59769<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>compalint | Emp | 0.70 | 0.00 | 0.00 |
| KYM<br>Dec 11/2017<br>60311<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise complaint | Emp | 0.90 | 0.00 | 0.00 |
| KYM<br>Dec 12/2017<br>61012<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>telephone conference with client re. complaint; revise complaint | Emp | 1.40 | 0.00 | 0.00 |
| KYM<br>Jan 8/2018<br>61387<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with client re. update and other potential clients | Emp | 0.20 | 0.00 | 0.00 |
| KYM<br>Jan 11/2018<br>61533<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with client re. FLSA consent form | Emp | 0.20 | 0.00 | 0.00 |
| KYM<br>Jan 11/2018<br>61536<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>prepare civil cover sheet and summons | Emp | 0.30 | 0.00 | 0.00 |
| AJS<br>Jan 11/2018<br>61627<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise complaint; Correspond with RL, KM re: complaint | Emp | 0.70 | 0.00 | 0.00 |
| AJS<br>Jan 13/2018<br>61654<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise complaint; Correspond with NG | Emp | 0.40 | 0.00 | 0.00 |
| AJS<br>Jan 17/2018<br>61791<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Confer with RL | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>Jan 18/2018<br>61812<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with IA re: service of process | Emp | 0.10 | 0.00 | 0.00 |
| KYM<br>Jan 12/2018<br>61883<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>revise complaint | Emp | 0.50 | 0.00 | 0.00 |
| RLM<br>Jan 17/2018<br>62187<br>No Hold | Rita Lenane-Massey<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>File complaint. | Emp | 0.80 | 0.00 | 0.00 |
| AJS<br>Feb 22/2018<br>63289<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Review Defendants' request for extension of time to answer; Correspond with KM | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Feb 23/2018<br>63359<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Review payroll reports; Confer with KJK; Confer with KM | Emp | 0.40 | 0.00 | 0.00 |
| RLM<br>Feb 26/2018<br>63450<br>No Hold | Rita Lenane-Massey<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Confer with K. Morales re case; telephone call with M. Fletcher re claims; update damages chart; email correspondence with K. Morales and A. Sackowitz re same. | Emp | 1.20 | 0.00 | 0.00 |
| AJS<br>Feb 26/2018<br>63484<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Review file; Correspond with KM, RL re: damages | Emp | 0.10 | 0.00 | 0.00 |
| KYM<br>Feb 23/2018<br>63539<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with client re. discovery requests; telephone conference with client re. other potential plaintiffs | Emp | 0.50 | 0.00 | 0.00 |
| KYM<br>Feb 26/2018<br>63540<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Review pay stubs sent by client; correspond with AD re. paystubs | Emp | 0.30 | 0.00 | 0.00 |
| KYM<br>Mar 6/2018<br>63839<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>elephone conference with Anthony re. another employee of Defendants (Alfonso), who will also contact KYM | Emp | 0.20 | 0.00 | 0.00 |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| AJS<br>Mar 9/2018<br>64061<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Review Defendants' Answer; Correspond with KYM; Confer with KYM | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>Mar 12/2018<br>64117<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with KYM re: scheduling conference, initial disclosures; Confer with RLM; Correspond with opposing counsel re: amended complaint, initial disclosures | Emp | 0.30 | 0.00 | 0.00 |
| AJS<br>Mar 13/2018<br>64152<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with KYM re: settlement | Emp | 0.10 | 0.00 | 0.00 |
| KYM<br>Mar 6/2018<br>64325<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with Anthony re. another employee of Defendants - Alfonso | Emp | 0.20 | 0.00 | 0.00 |
| KYM<br>Mar 12/2018<br>64337<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with Anthony re. settlement (left VM) | Emp | 0.10 | 0.00 | 0.00 |
| KYM<br>Mar 13/2018<br>64344<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Review damages; telephone conferene re. settlement; correspond with AJS | Emp | 0.80 | 0.00 | 0.00 |
| KYM<br>Mar 13/2018<br>64345<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Draft initial disclosures | Emp | 0.60 | 0.00 | 0.00 |
| KYM<br>Mar 14/2018<br>64347<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with client re. settlement | Emp | 0.60 | 0.00 | 0.00 |
| AJS<br>Mar 29/2018<br>64711<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise Amended Complaint; Confer with KJK; Correspond with Margaret, Rachael | Emp | 1.00 | 0.00 | 0.00 |
| AJS<br>Mar 30/2018<br>64726<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise Amended Complaint; Telephone conference with Margaret re: Amended Complaint; Telephone call to opposing counsel re: Amended Complaint (left voicemail); Correspond with opposing counsel re: Amended Complaint; Telephone conference with Anthony re: Amended Complaint; Confer with KJK; Confer with KYM; Revise Amended Complaint | Emp | 1.40 | 0.00 | 0.00 |
| AJS<br>Apr 1/2018<br>64736<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise Amended Complaint | Emp | 0.30 | 0.00 | 0.00 |
| KYM<br>Mar 21/2018<br>64792<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Confer with RLM re. conversation with Margaret and Rachel | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Apr 2/2018<br>64941<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Margaret re: Amended Complaint; Correspond with opposing counsel re: Amended Complaint; Confer with KJK; Correspond with opposing counsel | Emp | 0.60 | 0.00 | 0.00 |
| AJS<br>Apr 4/2018<br>64977<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Margaret | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Apr 5/2018<br>65006<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Margaret re: Amended Complaint | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Apr 6/2018<br>65052<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with Margaret re: Amended Complaint; Correspond with opposing counsel re: meet and confer; Revise Amended Complaint; Revise damages chart; Telephone conference with Rachael re: Amended Complaint; Revise Amended Complaint | Emp | 1.60 | 0.00 | 0.00 |
| AJS<br>Apr 9/2018<br>65065<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Draft Stipulation to file Amended Complaint; Correspond with KJK; Correspond with opposing counsel re: stipulation, Amended Complaint | Emp | 0.40 | 0.00 | 0.00 |
| AJS<br>Apr 10/2018<br>65177 | Adam Sackowitz<br>171108-00001 | **Salazar, Anthony**<br>v. Planet Wings | Emp | | | |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| No Hold | BW | Prepare for meeting with counsel; Legal Research re: liability for franchisors; Meet with Mark Tabakman re: settlement; Legal Research re: willfulness standard under the FLSA; Confer with NDG, KJK; Correspond with opposing counsel; Confer with KYM; Telephone conference with Mackenzie Dimitri re: franchise questions | | 3.80 | 0.00 | 0.00 |
| AJS<br>Apr 11/2018<br>65192<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Legal Research re: equitable tolling; Research franchisor; Telephone conference with Lisa Lipman re: franchise question; Correspond with David Harrison re: franchise question; Correspond with Rachel Haskell re: franchise question | Emp | 0.80 | 0.00 | 0.00 |
| AJS<br>Apr 12/2018<br>65210<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with Mackenzie Dimitri re: franchise question; Correspond with opposing counsel re: stipulation to amend complaint; File stipulation, amended complaint; Correspond with Margaret, Rachael re: amended complaint | Emp | 0.40 | 0.00 | 0.00 |
| AJS<br>Apr 16/2018<br>65361<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Draft Joint Discovery Plan; Correspond with opposing counsel re: Joint Discovery Plan; Correspond with Margaret, Rachael re: settlement; Revise initial disclosures; Prepare documents for production | Emp | 1.40 | 0.00 | 0.00 |
| AJS<br>Apr 18/2018<br>65416<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Rachael; Telephone conference with Margaret, Rachael re: settlement; Legal Research re: willfulness standard under FLSA; Prepare initial disclosures, document production; Email initial disclosures, document production to opposing counsel | Emp | 2.70 | 0.00 | 0.00 |
| AJS<br>Apr 19/2018<br>65461<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Appear for initial conference; Confer with opposing counsel re: settlement; Confer with KJK | Emp | 2.50 | 0.00 | 0.00 |
| AJS<br>Apr 23/2018<br>65500<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel re: settlement | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Apr 27/2018<br>65658<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Confer with KYM; Telephone call to client (call didn't go through) | Emp | 0.30 | 0.00 | 0.00 |
| AJS<br>Apr 30/2018<br>65730<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Confer with KYM; Telephone conference with KYM, Anthony re: settlement | Emp | 0.40 | 0.00 | 0.00 |
| AJS<br>May 1/2018<br>65790<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone call to opposing counsel (left voicemail); Correspond with Maggie re: update | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>May 2/2018<br>65813<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>May 3/2018<br>65845<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with opposing counsel re: settlement | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>May 4/2018<br>65927<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Confer with KJK re: settlement | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>May 10/2018<br>66052<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Maggie, Rachel; Telephone conference with Maggie re: settlement; Correspond with Maggie re: settlement; Confer with KYM | Emp | 0.30 | 0.00 | 0.00 |
| AJS<br>May 11/2018<br>66075<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Confer with KYM re: settlement; Telephone conference with opposing counsel; Correspond with opposing counsel | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>May 15/2018<br>66233<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel; Confer with KYM | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>May 16/2018 | Adam Sackowitz<br>171108-00001 | **Salazar, Anthony** | | | | |

| Lwyr Lawyer | | | | | |
|---|---|---|---|---|---|
| Date Matter | Client | | | | |
| Entry # | Matter Description | Law Type | | | |
| Task | Explanation | | Hours | Rate | Total |

| | | | | | |
|---|---|---|---|---|---|
| 66314 | | v. Planet Wings | Emp | | |
| No Hold | BW | Telephone call to opposing counsel (left voicemail); Telephone conference with opposing counsel re: settlement | | 0.10 | 0.00 | 0.00 |
| KYM Katherine Morales | | | | | |
| Apr 18/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66423 | | v. Planet Wings | Emp | | |
| No Hold | BW | Telephone confernce with Anthony re. update; confer with AJS | | 0.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| May 22/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66454 | | v. Planet Wings | Emp | | |
| No Hold | BW | Correspond with opposing counsel re: settlement | | 0.20 | 0.00 | 0.00 |
| KYM Katherine Morales | | | | | |
| Apr 30/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66501 | | v. Planet Wings | Emp | | |
| No Hold | BW | Telephone conference with client re. settlement ; confer with AJS | | 0.30 | 0.00 | 0.00 |
| KYM Katherine Morales | | | | | |
| May 11/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66562 | | v. Planet Wings | Emp | | |
| No Hold | BW | Telephone confernece with client re. settlement; confer with AJS | | 0.30 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| May 23/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66621 | | v. Planet Wings | Emp | | |
| No Hold | BW | Correspond with opposing counsel; Telephonic status conference with opposing counsel, Judge Wettre; Confer with KYM; Telephone conference with Maggie re: settlement | | 0.50 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| May 25/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66659 | | v. Planet Wings | Emp | | |
| No Hold | BW | Confer with KYM re: settlement; Correspond with opposing counsel re: settlement; Correspond with Maggie re: settlement | | 0.20 | 0.00 | 0.00 |
| KYM Katherine Morales | | | | | |
| May 23/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66759 | | v. Planet Wings | Emp | | |
| No Hold | BW | Confer with AJS re. settlement | | 0.10 | 0.00 | 0.00 |
| KYM Katherine Morales | | | | | |
| May 25/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66768 | | v. Planet Wings | Emp | | |
| No Hold | BW | Telephone conference with Anthony re. settlement | | 0.30 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun  1/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66879 | | v. Planet Wings | Emp | | |
| No Hold | BW | Correspond with opposing counsel re: settlement | | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun  5/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 66933 | | v. Planet Wings | Emp | | |
| No Hold | BW | Telephone conference with opposing counsel re: settlement; Confer with KJK, KYM; Correspond with Maggie; Telephone conference with Maggie re: settlement; Confer with KYM | | 0.30 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun  6/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67062 | | v. Planet Wings | Emp | | |
| No Hold | BW | Telephone call to opposing counsel (left voicemail) | | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun  8/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67190 | | v. Planet Wings | Emp | | |
| No Hold | BW | Correspond with opposing counsel re: settlement | | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun 11/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67208 | | v. Planet Wings | Emp | | |
| No Hold | BW | Correspond with opposing counsel re: settlement | | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun 12/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67427 | | v. Planet Wings | Emp | | |
| No Hold | BW | Confer with KYM; Correspond with opposing counsel re: settlement; Confer with KJK; Correspond with opposing counsel re: settlement; Status conference call with opposing counsel, Judge Wettre; Telephone conference with Maggie re: settlement; Telephone conference with opposing counsel re: settlement; Confer with KYM; Correspond with opposing counsel re: settlement; Telephone conference with opposing counsel, Judge Wettre re: settlement; Telephone conference with Maggie re: settlement | | 1.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun 13/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67443 | | v. Planet Wings | Emp | | |
| No Hold | BW | Correspond with opposing counsel re: settlement agreement | | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun 15/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67468 | | v. Planet Wings | Emp | | |
| No Hold | BW | Correspond with opposing counsel re: settlement agreement | | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun 25/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67717 | | v. Planet Wings | Emp | | |
| No Hold | BW | Draft settlement agreement, stipulation of discontinuance | | 1.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz | | | | | |
| Jun 26/2018  171108-00001 | **Salazar, Anthony** | | | | |
| 67903 | | v. Planet Wings | Emp | | |

| Lwyr Lawyer | | | | | |
|---|---|---|---|---|---|
| Date Matter | Client | | | | |
| Entry # | Matter Description | Law Type | | | |
| Task | Explanation | | Hours | Rate | Total |

| | | | | | |
|---|---|---|---|---|---|
| No Hold BW | Correspond with KJK re: settlement agreement; Correspond with AD re: costs and expenses; Correspond with KJK; Confer with KJK; Calculate allocation of settlement payment; Revise settlement agreement; Correspond with KJK re: settlement agreement | | 1.00 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jun 27/2018 171108-00001 67920 No Hold BW | **Salazar, Anthony** v. Planet Wings Revise settlement agreement; Correspond with opposing counsel re: settlement agreement; Revise settlement agreement; Correspond with opposing counsel re: settlement agreement | Emp | 0.50 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jun 28/2018 171108-00001 67957 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement; Revise settlement agreement; Correspond with opposing counsel re: settlement agreement | Emp | 0.60 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jul 3/2018 171108-00001 68091 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jul 6/2018 171108-00001 68398 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement; Correspond with KYM; Correspond with Maggie, Rachael re: settlement agreementl Telephone conference with opposing counsel | Emp | 0.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jul 13/2018 171108-00001 68613 No Hold BW | **Salazar, Anthony** v. Planet Wings Legal Research re: FLSA settlement agreements in Third Circuit | Emp | 0.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jul 19/2018 171108-00001 68771 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement | Emp | 0.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jul 24/2018 171108-00001 68927 No Hold BW | **Salazar, Anthony** v. Planet Wings Confer with KYM; Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz Jul 30/2018 171108-00001 69061 No Hold BW | **Salazar, Anthony** v. Planet Wings Telephone conference with opposing counsel re: settlement agreement; Confer with KYM; Correspond with opposing counsel re: settlement agreement, consent form | Emp | 0.30 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 2/2018 171108-00001 69159 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 6/2018 171108-00001 69239 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 7/2018 171108-00001 69259 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 8/2018 171108-00001 69287 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 9/2018 171108-00001 69369 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement agreement; File consent form, settlement agreement; Correspond with IA re: settlement payment | Emp | 0.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 10/2018 171108-00001 69395 No Hold BW | **Salazar, Anthony** v. Planet Wings Telephone conference with Chambers, docketing clerk re: placing settlement agreement under seal; Review Local Rules; Correspond with opposing counsel re: motion to place settlement agreement under seal | Emp | 0.40 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 15/2018 171108-00001 69562 No Hold BW | **Salazar, Anthony** v. Planet Wings Correspond with opposing counsel re: settlement payment | Emp | 0.10 | 0.00 | 0.00 |
| AJS Adam Sackowitz Aug 22/2018 171108-00001 69711 No Hold BW | **Salazar, Anthony** v. Planet Wings Telephone conference with Margaret Fletcher re: update, settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| KYM Katherine Morales Jun 5/2018 171108-00001 69793 No Hold BW | **Salazar, Anthony** v. Planet Wings Telephone conference with Anthony re. settlement | Emp | 0.10 | 0.00 | 0.00 |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| KYM<br>Jun 12/2018<br>69815<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with Anthony re. settlement | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>Sep 5/2018<br>70298<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel; Telephone conference with Chambers, opposing counsel re: settlement agreement; Correspond with opposing counsel re: settlement agreement | Emp | 0.60 | 0.00 | 0.00 |
| AJS<br>Sep 6/2018<br>70424<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Margaret re: update; Draft letter to Court requesting approval of settlement agreement | Emp | 0.70 | 0.00 | 0.00 |
| AJS<br>Sep 7/2018<br>70701<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Draft letter to Court seeking approval of settlement agreement; Correspond with opposing counsel | Emp | 0.50 | 0.00 | 0.00 |
| AJS<br>Sep 20/2018<br>70919<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel re: settlement agreement; Correspond with KYM | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>Sep 21/2018<br>70951<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Sep 25/2018<br>71206<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Margaret re: update; Correspond with opposing counsel re: settlement, tax forms; Correspond with opposing counsel re: settlement agreement, letter in support of settlement | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>Sep 26/2018<br>71239<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with Margaret re: update; Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Sep 27/2018<br>71295<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Review revised settlement agreement; Correspond with opposing counsel re: settlement agreement | Emp | 0.30 | 0.00 | 0.00 |
| AJS<br>Sep 30/2018<br>71346<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise settlement agreement; Correspond with opposing counsel re: settlement agreement | Emp | 0.30 | 0.00 | 0.00 |
| AJS<br>Oct 1/2018<br>71397<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Revise settlement agreement; Correspond with opposing counsel re: settlement agreement; Correspond with Margaret and Rachael re: revised settlement agreement; Correspond with KYM | Emp | 0.30 | 0.00 | 0.00 |
| KYM<br>Oct 2/2018<br>71418<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with AJS re. revised settlement agreement; telephone conference with Anthony re. same (unable to leave vm) | Emp | 0.20 | 0.00 | 0.00 |
| KYM<br>Oct 2/2018<br>71424<br>No Hold | Katherine Morales<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with Anthony re. revised settlement agreement; correspond with client re. revised settlement agreement | Emp | 0.30 | 0.00 | 0.00 |
| AJS<br>Oct 2/2018<br>71438<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone conference with Margaret re: settlement agreement; Correspond with KYM; Correspond with opposing counsel re: settlement agreement | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>Oct 8/2018<br>71703<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS<br>Oct 10/2018<br>71796<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Correspond with opposing counsel re: settlement agreement; Correspond with Rachael re: update | Emp | 0.20 | 0.00 | 0.00 |
| AJS<br>Oct 11/2018<br>71856<br>No Hold | Adam Sackowitz<br>171108-00001<br>BW | **Salazar, Anthony**<br>v. Planet Wings<br>Telephone call to opposing counsel re: settlement agreement (left voicemail); Correspond with Rachael re: update | Emp | 0.10 | 0.00 | 0.00 |

Katz Melinger PLLC
Time Listing
ALL DATES

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| KYM | Katherine Morales | | | | | |
| Oct 15/2018 | 171108-00001 | **Salazar, Anthony** | | | | |
| 71913 | | v. Planet Wings | Emp | | | |
| **No Hold** | BW | Telephone conference with client re. update; confer with AJS | | 0.10 | 0.00 | 0.00 |
| AJS | Adam Sackowitz | | | | | |
| Oct 15/2018 | 171108-00001 | **Salazar, Anthony** | | | | |
| 71944 | | v. Planet Wings | Emp | | | |
| **No Hold** | BW | Confer with KYM re: settlement | | 0.10 | 0.00 | 0.00 |

*** Summary by Task Code ***

| Task Code | Hours | Amount |
|---|---|---|
| *** Billable *** | | |
| BW   - Billable Work | 47.60 | 0.00 |
| **Total Billable** | **47.60** | **0.00** |
| **Total:** | **47.60** | **0.00** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount |
|---|---|---|
| AJS  - Adam Sackowitz | 34.40 | 0.00 |
| KYM  - Katherine Morales | 11.20 | 0.00 |
| RLM  - Rita Lenane-Massey | 2.00 | 0.00 |
| **Total:** | **47.60** | **0.00** |

REPORT SELECTIONS - Time Listing

| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | Adam  (Security Restrictions) |
| Finished | Tuesday, October 16, 2018 at 10:35:33 AM |
| Ver | 14.1 (14.1.20150324) |
| Date Range | ALL DATES |
| Matters | 171108-00001 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Working Lawyer | All |
| Task | All |
| Summarize by Type of Law | No |
| Sorted by | Order Entered |
| Time/Fee | Time Entry Only |
| Include Daily totals | No |
| Include Held Items only | No |
| Matter Security Enabled | No |